FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

June 30, 2022

No. 04-22-00161-CR

Brandon Joshua **VIGIL**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 454th Judicial District Court, Medina County, Texas
Trial Court No. 20-06-13648-CR
Honorable Daniel J. Kindred, Judge Presiding

# O R D E R

After this court's granted Appellant's first motion for an extension of time to file the brief, Appellant's brief was due on June 27, 2022. After the once-extended due date, Appellant moved for an additional thirty days to file the brief.

Appellant's motion is granted. Appellant's brief is due on July 27, 2022. We caution Appellant that any further motion for an extension of time to file the brief may be disfavored.

_Patricia O. Alvarez_
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of June, 2022.



_Michael A. Cruz_
MICHAEL A. CRUZ, Clerk of Court